LEU & OKUDA
Attorneys at Law

LESTER K. M. LEU 2980
KARYN A. DOI  7687
222 Merchant Street, Main Floor
Honolulu, Hawaii 96813
Telephone (808) 538-1921
Facsimile (808) 523-9585

Attorneys for Secured Creditor
Bank of America, National Association as
Successor by merger to LaSalle Bank National
Association, as Trustee under the Pooling and
Servicing Agreement dated as of February 1, 2007,
GSAMP Trust 2007-NC1

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>Cresencia Allado Martin,<br><br>       Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case no. 09-00539 RJF<br>(Chapter 7)<br><br>ORDER GRANTING MOTION FOR<br>RELIEF FROM AUTOMATIC &<br>CODEBTOR STAYS<br><br><u>Preliminary Hearing</u>:<br>Date:  September 2, 2009<br>Time:  1:30 p.m.<br>Judge: Robert J. Faris |

ORDER GRANTING MOTION FOR RELIEF
FROM AUTOMATIC & CODEBTOR STAYS

Secured Creditor Bank of America, National Association as

successor by merger to LaSalle Bank National Association, as

Trustee under the Pooling and Servicing Agreement dated as of

February 1, 2007, GSAMP Trust 2007-NC1's <u>Motion for Relief from</u>

<u>Automatic & Codebtor Stays</u> filed herein on June 29, 2009 were duly

served upon Cresencia Allado Martin, above-named Debtor; Nepoleon Martin, Codebtor; Eduardo O. Zabanal, Esq., counsel for the Debtor; David C. Farmer, the Trustee of the above-entitled Estate and other interested parties.

No opposition statement has been filed by the Debtor, Codebtor, Trustee or any other interested parties.

Upon due consideration of the Motion, supporting memoranda, declaration and pleadings, files and records herein, and being fully advised; upon finding notice being duly provided herein and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Secured Creditor Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1's <u>Motion for Relief from Automatic Stay & Codebtor Stays</u> is hereby granted;

2. The Automatic Stay under 11 U.S.C. §362 and Codebtor Stay of 11 U.S.C. §1301(a) of the Bankruptcy Code in this case are hereby terminated with respect to the Debtor, Debtor's Estate and the certain real property situated at 6326 Heather Creek Place, Las Vegas, NV 89122; Parcel ID Number: 161-15-812-076; and

3. Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007,

GSAMP Trust 2007-NC1, its assignees and/or successors in interest, and its employees, attorneys, agents, and any foreclosure commissioner are authorized to exercise and enforce to all of its remedies against the Debtor, Codebtor and the Property, including but not limited to, seeking a determination of (but not a deficiency judgment for) all amounts due and owing for unpaid principal, interest, charges, advances and attorneys' fees and costs incurred in the foreclosure action and in this case, foreclosing upon its mortgage against the Debtor's and Codebtor's interest in the Property, recovering possession over the Property, selling said Property and recovering payment of its secured claim from the sale of said property.

There shall be no deficiency judgment against the Debtor without further order of the Bankruptcy Court.

Date: Honolulu, Hawaii, _____.

_____
UNITED STATES BANKRUPTCY JUDGE

---

<u>In re: Cresencia Allado Martin, et al.</u>, Case No. 09-00539 RJF (Chapter 7); Order Granting Motion for Relief from Automatic Stay and Codebtor Stay